ORIGINAL                                                                                          ORIGINAL

**Robert J. Beles** Bar No. 41993
Law Offices of Beles & Beles
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Defendant*
ALEX GONZALEZ-

# United States District Court
# Northern District of California
# San Francisco Courthouse

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. **4:13-CR-00098 PJH** |
| *Plaintiff*, | |
| vs. | SUBSTITUTION OF LOCAL COUNSEL; EXHIBIT A |
| ALEX GONZALEZ, | |
| *Defendant*. | |

## SUBSTITUTION OF LOCAL COUNSEL

Alex Gonzalez, the defendant in the above-captioned case, desires to substitute Robert J. Beles, Attorney at Law, Beles & Beles Law Offices, One Kaiser Plaza, suite 2300, Oakland, California 94612, (510) 836-0100, as his local counsel of record in place of William Howard Safford, Attorney at Law, Safford Legal, P.O. Box 211, Palo Alto, California 94302, (650) 308-5575, and respectfully requests that the court allow the substitution to take place.

The undersigned requests the above substitution:

s/ Alex Gonzalez                                       3/15/2013
Alex Gonzalez, Defendant                      Date

The undersigned accepts the above substitution:

*Robert J. Beles*                                          3/15/2013
Robert J. Beles, Attorney                        Date

1
Substitution of Local Counsel; Exhibit "A"

Substitution of Local Counsel, page 2

The undersigned consents to the above substitution:

s/ William Howard Safford                    3/13/2013
William Howard Safford, Attorney             Date

**It is so ordered:**

United States District Magistrate Judge      Date

Substitution of Local Counsel; Exhibit "A"