UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. CR13-00098-PJH |
| Plaintiff | : | |
| V. | : | |
| | : | **STIPULATION AND ORDER WAIVING APPEARANCE** |
| ALEX GONZALEZ | : | |
| Defendant | : | |

_____

Defendant, Alex Gonzalez is currently scheduled to appear before this Court on March 20, 2013 at 2:30 p.m. The Defendant is not in custody at this time.

The Defendant is a 21 year old college student who is unemployed; his family has provided for his transportation at the initial appearance however, they are unable to provide for a second trip at this time. Further, as a condition the Defendant's release he cannot travel alone so the expense is doubled.

The government began to provide discovery to the defense on March 8, 2013 and defense counsel will be prepared to discuss the nature of the case and needed investigation at the status conference. The parties do not anticipate discussion of any substantive issues.

For these reasons, IT IS STIPULATED AND AGREED that Mr. Gonzalez's appearance on March 20, 2013 is WAIVED.

Dated: 15 March 2013                                    /s/Rodney Villazor___
                                                        Rodney Villazor
                                                        Assistant United States Attorney

Dated: 15 March 2013 */s/Bruce K. Warren*
Bruce K. Warren, Esq.
Attorney for Defendant

    Good cause appearing therefore, IT IS ORDERED that Alex Gonzalez's appearance at the status conference on 20 March 2013 is WAIVED.

Dated: 15 March 2013                        _____
                                                             PHYLLIS J. HAMILTON
                                                              United States District Judge