

# South Jersey Counseling Associates

*Specializing in the Treatment of Sexual Offenders and Sexual Abuse*

**501 N. Haddon Avenue, Suite 4, Haddonfield, NJ  08033**

Tel:  856-354-8525     Fax:  856-354-0830

AMBER T. SAMAROO, PH. D., LCSW
*Executive Director*

JOEL B. GLASS, M. D.
*Consulting Psychiatrist*

### CONFIDENTIAL: FOR PROFESSIONAL USE ONLY

This information has been disclosed from records whose confidentiality is protected by law. Federal Regulations (42CFR part 2) prohibits you from making any further disclosure of it without consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of material or other information is not sufficient for this purpose.  42 CFR S2.32(a).

## Forensic Psycho-Sexual Risk Assessment

**RE:**                              **Alexander GONZALEZ**
**Date of Birth:**              March 5, 1992
**Date of Assessment:**   August 17, 2013
**Date of Report:**           August 30, 2013

**Referral**:

Alexander Gonzalez is a twenty-one (21) year old, single, small-built, Hispanic male who was referred by for a Forensic Psycho-Sexual Assessment by his Attorney, Mr. Robert Beles. He was arrested for Possession and Distribution of Child Pornography. The purpose of this assessment is to aid the Federal Court in understanding Mr. Gonzalez's probable risk to re-offend. The limits of confidentiality were explained to Mr. Gonzalez. He chose to continue with this assessment.

**EXHIBIT A**

The following protocols were administered to Mr. Gonzalez:

1. Clinical Interview;
2. Review of official records;
3. Static 99;
4. Adult Sex Offender Risk Assessment Schedule (ASORAS); and
5. Multi-Phasic Sex Inventory II.

**Criminal History**:

Mr. Gonzalez had never previously been arrested, charged, or convicted for any criminal offenses, as a juvenile or an adult. With respect to his present offense, according to the official records, Mr. Gonzalez met the alleged victim in August of 2012, through an online website, OMEGLE. This is a video chat room. After some time, they began to text each other. She provided him with her instant messenger name, which was Kik, and they began speaking more frequently. He stated that, after some time, she sent him naked pictures of herself, which included her vaginal area. Throughout this period, they were speaking in sexually expressive language. Eventually, their relationship ended in December of 2012. He became angry and posted her nude pictures online. The pictures were shared with other individuals. He admitted that he posted the pictures on a number of websites. He eventually removed some of the pictures. When he displayed these pictures online, other individuals engaged him, and began sending him pictures of other minors that were sexually inappropriate. According to the official records, Mr. Gonzalez had a number of pictures of children in sexually compromising situations, on the hard drive of his computer. He said that those pictures were sent to him, and he did not seek them out from others or websites. Mr. Gonzalez admitted that he knew that the alleged victim was approximately 15 years old. He stated that since the alleged victim lived far away, he did not believe that he would ever be in contact with her. As a result, he continued with this relationship. He also said that he knew that engaging in this type of conversation, with someone who was a minor, was not good.

**Family History**:

      Mr. Gonzalez was raised primarily by his mother. His father had a stroke, and resides in a nursing home, in the northern part of New Jersey. Mr. Gonzalez related that his father is significantly older than his mother. He is the third of three children born to his parents. His mother is employed as a Home Health Aid. He stated that his mother has always provided him and his siblings with a nurturing, caring, and loving home environment. She raised them with good moral and ethical values. Consequently, this is a very difficult situation for his entire family. He realizes that he has placed his entire family in a difficult situation, because of his actions. He expressed significant remorse for the pain and suffering that he has brought upon his family.

**Sexual History**:

      Mr. Gonzalez advised that his first sexual experience occurred when he was 17 years old. His partner was 20 years old friend. He asserts that it was her idea, and she walked him through the entire process. Over the course of his young life, he has had three sexual partners. He advised that they were casual relationships. Mr. Gonzalez stated that he has never forced anyone into having a sexual relationship with him nor has he ever been forced to have a sexual relationship with anyone. He said that he understands that a sexual relationship between two individuals must be consensual, age appropriate, and based upon love, caring, understanding and respect. He realizes that he made a poor decision by engaging in a sexually inappropriate relationship with the alleged victim. Mr. Gonzalez has a good understanding of his present life and legal situation.

**Sexual Abuse**:

      Mr. Gonzalez said that, when he was approximately four years old, he was sexually assaulted by one of his older cousins. He relates that he has never told anyone about this sexual abuse, prior to this time. He said that he has always been ashamed to discuss this matter. Also,

as he became older, he kept this secret because he felt that other individuals would question his sexuality and masculinity. Consequently, he has never previously disclosed this sexual abuse. However, it has always been something that has disturbed him.

**Education**:

Mr. Gonzalez recently completed his third year at Rowan University in Glassboro, New Jersey. He is majoring in Human Resources and Business Administration.

**Drug and Alcohol History**:

Mr. Gonzalez asserts that he does not use any of these substances.

**Medical History**:

Mr. Gonzalez reports that he has not had any head injuries, or undergone any surgical procedures. He is not taking any medication. He has been attending weekly individual counseling with Dr. Alan Kagel, over the last several months. His treatment centers on the pain and suffering that he has brought to his victim, himself, and his entire family. Victim empathy is an important component within his healing process. He presents to have a good understanding of this part of his treatment.

**Mental Status Examination**:

Mr. Gonzalez arrived, on time, for his assessment. His eye contact, mood and speech were appropriate for the nature of the discussion. He did not indicate any hallucinations, suicidal ideation, or paranoid thoughts. Mr. Gonzalez stated that he is eating well; however, he has difficulties with his sleeping pattern, due to his prospect of going to federal prison, for an extended period of time. He was oriented in terms of time, place, and person.

Alexander Gonzalez
August 30, 2013
Page 5

**Results of Protocols Administered**:

1.  **Static 99**.  The Static 99 is an actuarial risk assessment instrument developed by R. Karl Hanson, Ph.D., of the Canada Solicitor General's Office; and David Thornton, Ph.D., of the British Prison Service.  They examined a population of sexual offenders and selected criteria statistically related to sexual offender recidivism.  These criteria are prior sex offenses, victim gender, relationship of offender to victim, and age of the offender.

    On this protocol, Mr. Gonzalez obtained a Score of 3.  This places him in the medium to low range of risk to re-offend.  In fact, this can be broken down further.  For example, this score means that there is a possibility that he has a 10% risk to recidivate within 5 years, a 14% risk of recidivism within 10 years, and 18% risk within 15 years.  Since he is under 25 years of age, and he has never lived with another person in a loving relationship, his score was increased by two points.  Both of these conditions are outside of his realm of influence, or his score would be 1.  This would place him in the lower end of the low risk level.

2.  **Adult Sex Offender Risk Assessment Schedule (ASORAS)**.  The ASORAS is a sexual offender risk assessment scale developed by Robert Prentky, Ph.D., formerly of the Joseph J. Peters Institute in Philadelphia.  The ASORAS considers both static factors (such as community adjustment, historical level of sexually deviant pre-occupation, and history of an impulsive, antisocial lifestyle) and dynamic, changeable factors (such as clinical treatment factors) considered to be related to sexual offender re-offense risk.

Mr. Gonzalez obtained a score of 11 on this protocol. This places him into the high end of the low range of risk. However, there is not an actuarial chart/table as to what this score means in terms of time frame (years), in the future. The low risk ranges from 0-12, the moderate risk ranges from 13-28 and high risk is 28 and higher. On the sexual pre-occupation factor, he received the Score of 2, out of a possible 8. His actions with his alleged victim occurred on a number of occasions. On the impulse/anti-social factor, he received a score of 3, out of a possible 18 points. His low score in this factor is the result of a life which has been free of behavioral problems. On the psychopathy scale, Mr. Gonzalez received a Score of 3. His score was low because he does not have a criminal history. On the intervention factor, he received 3 out of a possible 10 risk points. His low score in this factor was a result of him accepting full responsibility for his behavior. Finally, on the community adjustment factor, he received a score of 0 out of a possible 10 points. He has a supportive family unit. He now realizes the harm that he has caused to them because of his behavior.

3. **Multi-phasic Sex Inventory Profile II**: The MSI-II is a 560 item objective personality test specifically standardized on a sexual offender population. Its scales measure qualities of relevance that assist sexual offenders, such as extent of justifications of deviant sexual practices, degree and type of deviant sexual fantasies and deviant sexual behavior, presence of specific fetishes, presence of sexual dysfunctions and sexual history.

This protocol indicates Mr. Gonzalez to be a young man who is very angry. He did not present to be a predatory type of person who generally engages individuals younger than himself for sexual gratification. He realizes that his present life predicament warrants

treatment. He presents to have the signs and symptoms of depression. He accepts responsibility for his actions, and does not blame the alleged victim for his legal situation.

**Summary and Conclusion**:

Mr. Gonzalez is a twenty-one (21) year old, single, small-built, Hispanic male who was referred for a Forensic Psycho-Sexual Risk Assessment. As a result of a clinical interview, a review of the documents made available to me by his attorney, and the protocols administered to him, I would like to provide the Federal Court with the following observations.

Static Variables that Increase the Risk of Recidivism:

1. Mr. Gonzalez does not have a prior history of criminal conduct. Consequently, his risk to commit similar offenses is low.
2. Mr. Gonzalez admits to his inappropriate sexual conduct with his victim. Consequently, this admission also indicates a low risk for recidivism.

Dynamic Variables that Reduce the Probability of Recidivism:

Mr. Gonzalez presents to have a good, loving, and caring family. He understands that he has placed his future in jeopardy by this brief misconduct. This realization may also assist him to make good choices in the future.

Alexander Gonzalez
August 30, 2013
Page 8

Actuarial and Testing Instruments:

Both of the actuarial instruments used in this assessment indicate that he is at low risk to re-offend. The MSI-II indicates that he understands his present life and legal difficulties. He did not present to be an individual who has predatory, sexually compulsive behaviors.

**Integration of Findings**:

Mr. Gonzalez understands that he placed himself into an inappropriate situation by becoming involved in a cyber-sexual relationship with a minor. He admits to the wrongfulness of his behavior. The core difficulties with this young man center on poor anger management and poor social skills. These issues presented themselves through his inappropriate sexual behavior of obtaining and placing the alleged victim's nude pictures on the internet. These issues can be addressed in an outpatient therapeutic environment. However, if the Federal Court decides that Mr. Gonzalez needs to be incarcerated, I would strongly suggest that he be placed into FCI Butner, which has a program designed for the treatment of sexual offenders. If this program is not available, then there is also a treatment program at FCI Devens, in Massachusetts.

If I can be of further service, please feel free to contact me.

Sincerely,

Amber T. Samaroo, Ph.D., LCSW
*Sexual Offender Treatment Program*
NJ License # 44SC0137020

ATS:cms