

# Senate and General Assembly Citation

Commendations and praise are extended to

Alexander Gonzalez

by the citizenry of the 5th New Jersey Legislative District, through their elected representatives, Senator Donald Norcross and Assembly Members Angel Fuentes and Gilbert L. Wilson, for bringing honor and pride to your family and community upon your graduation from Deptford High School.

Donald Norcross, Senator

June 2010
Date

Angel Fuentes, Member of the General Assembly

Gilbert L. Wilson, Member of the General Assembly

**EXHIBIT B**

# Deptford Township High School

Deptford     New Jersey



This is to certify that

## Alexander Gonzalez

has satisfactorily completed the requirements prescribed by the State of New Jersey and the Board of Education for graduation and is hereby entitled to this

### Diploma

Given at Deptford Township High School, June, 2010

_President, Board of Education_

Gary R. Swenson, Principal

Joseph F. Canataro, Superintendent

"This diploma is awarded in recognition that the named student has met all the requirements of N.J.S.A. 18A. and N.J.S.A. Title 6."