# Fifteenth Annual Senior Honors Banquet



Wednesday, May 12, 2010

6:30 p.m.

Auletto Caterers

Deptford, New Jersey

EXHIBIT C

## Class of 2010 Honor Graduates

Samantha Bailey
Spenser Bartlebaugh
Brandon Baumgardner
Alicia Caltagirone
Gianna Canal
Ian Carr
Chelsey Carty
Patrick Casper
James Childress
Joseph Ciraolo
Quamayne Collins
Brianna Cormaney
Tina Croxton
Thomas Dennison
Brittany Gallaher
Lauren Giles
Alexander Gonzalez
Kristine Gonzales
Nancy Guevara
Rebecca Harris
Ashley Hofbauer
Amber Kuhn
Fatima Kumala
Ronald LaBenski
Angelique Lacava
Brooke Lambert
Robert Loeffler
Courtney Louis
Ashlie Love
Anna Matteo
Laura Mattison

Samuel Morice
Samantha Morris
Amanda Morrison
Diana Nguyen
Kayla Nguyen
Megan Nimchuk
Gina No
Jason Peck
Joann Pang
Jonathan Pitre
Michelle Prell
Teniqua Pressley
Jessica Pyle
Brandon Quiles
Justin Richards
Carlos Rodriquez
Nicole Rosciolo
Matthew Rossett
Russell Rygalski
Chastity-Star Sanders
Francine Sandone
Alyssa Serva
Alec Shane
Christopher Shone
Brittany Smith
Stefano Solari
Ambria Streets
Caylin Trinidad
Courtney Wilk
Henry Yeung
Sarah Yung
Marissa Zientek