# CERTIFICATE OF SPECIAL RECOGNITION

*This certifies that*

## Alexander Gonzalez

*is awarded this*
*Certificate of Special Recognition for*

*Academic Excellence*

*Deptford Township High School*

May 12, 2010

Date

*Gary R. Swenson*

Principal

*Joseph F. Canataro*

Superintendent



**EXHIBIT D**