# Chi Alpha Epsilon
Founded at
West Chester University of Pennsylvania



This certifies that

## Alexander Gonzalez

has met the academic and membership requirements and
is entitled to the recognition of membership in this academic honor society.

Initiated at __Rowan University__ by __Beta Delta Chapter__

on the __21st__ day of __October, 2011__

_For the Chapter_

_For the Society_

**EXHIBIT E**