Sunday, January 5, 2014

Dear Honorable Judge Hamilton,

Firstly, my name is Alexander Gonzalez and I would like to thank you for your time. I am writing this letter as a plea for leniency in my upcoming sentencing date. For the last eight years of my life I have been working hard to get to the point where my college graduation is only months away. This is a lifetime goal of mine and it would be a shame to be so close and miss it. My father was so proud of my brother when he graduated last year and he can't wait until my upcoming graduation even though he hasn't had the best of luck when it comes to health over the past few years. He suffered from a stroke which left him hospitalized a few years ago and was recently diagnosed with Alzheimer's. I just want to be there for him before his situation gets any worse. His dream is to see my brother and I get our college degrees and make something of ourselves. My mother also wants the best for us and since my arrest last year she has remained by my side. Although my mother is the strongest person in my family this entire situation has taken its toll on her. I have never seen her so distraught before. She will never be the same because of my mistake. That is why I want to have the opportunity to graduate and giver her something to smile about. It will definitely mean a lot to her, she always says that a degree is the only thing that nobody can ever take away. She knows that if anything happens to me that I can always use it to fall back on.

I know that I am not perfect nor do I pretend to be but I truly feel that I have so much more to accomplish in life. I let my emotions get the best of me in this situation and made a horrible mistake. My choices have affected my family, friends, the victim, and her family. I live in constant regret with my past mistakes. I think about what I did every single day and night. If I had just stopped to think for a second this situation would have never occurred. I acted based of my emotions rather than taking the time to think. My family and friends know the real me and have not given up. They feel that if I was ever to be given a second chance that I would make the most of it. I would make up for my mistakes and redeem myself. I see people in the criminal justice system receive second and sometimes third chances then go back and make the same mistakes again. I promise that I am not one of those people. If I was fortunate enough to be given another chance at a real future, at a real life then I would never let it go. There are so many goals that have gone unmet that are within my reach. I am only a handful of classes away from graduating with a dual degree in Business Management and Human Resource Management with a GPA over 3.0. Another goal of mine was to get my Master's degree in H.R. which could be done in a little over a year with hard work and dedication. After obtaining my degrees I wanted to start my career as a Human Resource Manager so that I could help others succeed.

I have always been the type of person that others come to for advice and help but I never sought help for myself. I always felt that it was a sign of weakness and that is why I held my emotions in. I didn't learn how to manage my anger very well that is part of the reason why I am here today. I am truly scared for my future because I do not see any other options. It is extremely difficult to see a future after this is all said and done. It is tough dealing with the unknown and uncertainty of my life and the life of my family. I am more than willing to serve my debt to society, that is why I plead guilty in November but I don't think that I should be forced to serve this debt for the rest of my life. Incarceration is not rehabilitation and although I have made a huge mistake I just hope that here are other options for me. I have done numerous things to show that I am serious about my future and that I do want to change. Since being on probation for almost a year there have been no problems. I have regularly met and spoken with my probation officer. I have been attending weekly counseling meetings with Dr. Alan Kagel since August of 2013. I have also had a psychological evaluation done by South Jersey Counseling Associates. The doctor that conducted my psychological evaluation said that my chances of recidivism scored on the low end of the low risk category due to lack of a prior criminal record, my acceptance of responsibility, education, and the support of my family. The multi-phasic Sex Inventory Profile II indicated that I am not an individual who has predatory, sexually compulsive behaviors. He feels that my issues can be addressed through an outpatient therapeutic environment. I hope that all of these factors go into your sentencing decision and that my family and I will be able to get a second chance. Once again, thank you for your time.

Sincerely,


Alexander Gonzalez

**EXHIBIT F**