Wednesday, November 27, 2013

Your Honor:

I am writing to you today to give you some background information regarding Alex. Alex's father does not know about the situation that his son is currently facing. Mr. Benito Gonzalez is in a nursing home. He suffered a stroke a few years ago and has been living there ever since. He will be 76 this upcoming May, right around the time that Alex is set to graduate. It is very important to Alex's father that he finishes college.

Mr. Gonzalez has several medical conditions. He has heart problems, diabetes and Alzheimer's is starting to affect him. His dream would be to see Alex graduate. Not only is Alex set to graduate in May, he will do so with two degrees. That is quite an accomplishment especially when you think about the fact that it has only taken him four years. Alex's father did not finish high school—he is very proud of Alex and Chris, who graduated in 2013 with a bachelor's degree.

Alex is very sorry for what he did; he didn't realize how severe his actions were. Alex has never been in trouble before. He is very respectful, sensitive and he has a good heart. He never brought girls to the house and was instead always focused on school. Everyone who knows Alex speaks highly of him. They can tell that he is really focused on education and his future. These charges that he faces affect the whole family. We are all sorry and heartbroken. We never imaged that something like this would happen because Alex is truly an innocent soul. These actions do not represent who he really is. He is a fine young man and a great son, brother, friend, uncle, cousin etc. This is a very disappointing time for Alex and his family. We are all very sorry.

We are asking for your compassion in this matter. Please understand that it would mean the world to Alex's father for his wish to come true. We don't want to tell his father about the situation at hand because we fear that it could aggravate his current medical conditions. Alex has not been able to visit his father since this has happened. His father always asks for him and is wondering why Alex doesn't visit. We feel horrible knowing that his father thinks that Alex has abandoned him, even though that is not the case.

People make mistakes; Alex's background, experiences, and all the people who support him are proof that this situation is not a good representation of his nature. We understand that you are human. You understand how we all feel, especially myself. I would not wish this on any mother. Please understand. Thank you, I appreciate it.

Sincerely,

*Yris gonzalez*
Yris Gonzalez

**EXHIBIT G**

December 3, 2013

Dear Honorable Judge Hamilton:

    While some of what I am writing has been said by my mother, I still felt that it was important to reach out and share a few words regarding Alex and this situation. My brother is a loving, respectful person. He has his moments, but he is a great kid at heart. He is very focused and serious about work and his studies. Alex has characteristics that lead me to believe that the sky is the limit. He is well on his way to a great future with a fulfilling life and career. What has happened has put this on hold. I am afraid that his life will be forever altered. His actions were undoubtedly wrong; I am not going to condone what he did. I still find it hard to believe the situation that Alex and my entire family is in right now. Some days it feels like a terrible dream.

    I understand that Alex will have to pay for his wrongdoings, but I strongly believe that the punishment is very severe. Alex feels that his life is over and that he will never recover from this. I don't know if there is anything that can be done to change this, but I am hoping for the best. My mother is devastated by this. It consumes her every thought. She has worked extremely hard throughout her entire life for her children and now she is repaid with this. I am afraid for her. I love Alex very much; he is my brother and we are only separated by one year. Our relationship is nothing compared to the mother-son bond that they share. I hope that something can be done that will allow her to experience some the joy of watching her son walk across the stage during his graduation. It would mean the world to me, my sister, my family, my father and especially my mother. She has been constantly telling us that all she ever wanted was a degree. She doesn't want money or a fancy house; she wants us to graduate so that we can live a better life then she did. She sacrificed and worked multiple jobs so that we could be happy. She gave us the opportunity to play sports, be involved in school and she always went out of her way to make sure that we were comfortable. Succeeding and making a positive impact on the world is something we strive for, we do it for my mother.

    I hope that the judge understands where we are coming from. I am sure that she has seen some terrible people who all claim to be different. Our support for Alex proves that he is indeed different. He is not his mistakes. He needs help and with this help he will be able to get back on his feet and have the opportunity to contribute to society. We all have faith in Alex and we will always be there for him. I hope that you are able to see the type of family that Alex comes from. We all care for each other and want nothing more than for us to live healthy, fulfilling lives. Again, thank you for your consideration, it means the world to us.

Sincerely,

*[signature]*

Christopher Gonzalez

Friday, January 3, 2014

Dear Honorable Judge Hamilton,

My name is Claudia Mercedes-Kenney, and I am Alexander Gonzalez sister. It is with much sorrow that I have to write this letter pleading mercy from this Honorable Court for my brother. I understand that my brother has broken the law and he nor my family deny that. We also recognize that his behavior was out of character and we apologize to the victim.

This situation has not only affected my brother Alex but the entire family. We have always been a close-knit family and have been there and supported each other through the years. My mom has been a very strong influence in our life and has worked very hard to raise all three of us by herself to be responsible men and women of society. Throughout the years my brother Alex has done well in school and has received Honor Roll and Principles List (all A's in a marking period). Alex has also had numerous certificates for perfect attendance, which shows his dedication for education. Due to his academics he was able to attend Rowan University, which he is expected to graduate from in May 2014, with a Bachelor's degree in Management and Human Resource Management. This is a great accomplishment for our family considering that his father only attended school to the second grade. All his father talks about is attending Alex's graduation in May. Both my brothers and I value education and my mother's greatest honor is for all three of us to have graduated college. Alex is so close to making it!

I have two daughters and they love their Godfather/ uncle to death. My brother takes great care of them and watches for their safety. It would be terrible for my daughters to grow up without their uncle that they love. I have never feared for my daughter's safety around my brother, nor has he given me any reason's to.

My brother is being charged with Possession and distribution of child pornography. He is now attending individual therapy. Due to his actions my brother has been having trouble sleeping and eating. He also has cardiovascular problems and he has been neglecting to go to the doctors for an annual appointment. His father had a stroke a few years ago and lives in a rehabilitation facility. Alex asked the family not inform his father of what is happening to him to not bring any more medical issues upon his dad.

I hope that things work out not only for Alex, but for the sake of my family, especially my mother. Alex is an important member to this family and we all love him and care for him very much.

Thank you for your time and consideration.


Respectfully,


Claudia Mercedes-Kenney

Dennis E. White
2020 SW 83rd Terrace
Davie, Fl. 33324

December 26, 2013

The Honorable Phyllis J. Hamilton
c/o Robert J. Beles
1 Kaiser Plaza
Suite 2300
Oakland, Ca. 94612

Your Honor,

First, I would like to thank you for taking the time out of your busy schedule to read this letter.

I am writing to you on behalf of my brother in law, Alexander Gonzalez. I'm sure you are receiving a multitude of letters on his behalf but I would like to add mine as well. Please let me explain why.

First, as a member of Clergy, I get to counsel/mentor people from all walks of life and from many different backgrounds. Secondly, as a retired police officer, I have had to deal with my share of both criminals and victims. It is here that I would like to talk about Alex.

Alex is an avid student. He does not use drugs, he does not abuse alcohol, and to my knowledge, has no prior criminal record. He is motivated, success oriented, and until now, has always had a very positive outlook on life. He is from a close family and has not known what we would call "street life." He is in college and has a dual major.

I would like to ask you for leniency on his behalf for this reason. Yes, he made a foolish, childish mistake, but he does not have a criminal mentality. He will have no idea how to survive inside prison walls. I sincerely worry for his physical well being in a place such as this. To sentence him to an extended sentence there will serve no purpose other than to abruptly end and corrupt an otherwise bright future.

To this end, I would respectfully request that you consider the minimal sentence possible in the case. It will afford Alex the opportunity to learn from his mistake, and still allow him the opportunity to enjoy a long, and fulfilling life.

Respectfully yours,

*Dennis E. White*
Dennis E. White
English Pastor, Revival Church for the Nations

Alice White
2020 SW 83rd Terrace
Davie, Fl. 33324

December 26, 2013

The Honorable Phyllis J. Hamilton
C/O Robert J Beles
1 Kaiser Plaza
Suite 2300
Oakland, Ca. 94612

Judge Hamilton,

My name is Alice White, I am Alexander Gonzalez sister. I work for The Department of Health and Human Services, OMHA, in Miami, FL. I work for an Administrative Law Judge, Michael A. Manheim, as his Paralegal. Throughout my career I have seen how the justice system works. Sometimes they win and sometimes they lose.

I would like to tell you a story about a young man, whose action has changed him forever. Alexander Gonzalez decided to behave in a manner that was unacceptable. That minute cost him his life. Unable to turn back the clock, now he's made history. The consequences that occurred were not in his best interest.

Alexander Gonzalez deserves another chance in life. He is a man of integrity. Has the ability to function in society with professionalism. His education and training throughout his life and at the Rowe University has made him a scholar. His dedication to his studies and work has proven him to be a kind decent human being. He is trustworthy and loved by all.

Our father Benito Gonzalez resides at an Assisted Living Facility; his health is not the best. I would request that Alexander not pay with such longevity of time, where he would not be able to see his father. They love each other dearly. Alexander's time is precious it could destroy our father.

Iris Gonzalez, Alexander's mother has raised him with love and devotion. This situation has affected his mother's health. Her dedication to him as her youngest son has brought her devastation. We all have seen her health as well as his siblings, deteriorate with agony of the unknown.

Life punishment of trials and tribulations can bring more suffering; keeping it minimal can bring more good than bad. Thank you for your time.

*Alice White*
Alice White

January 6, 2014
The Honorable Phyllis J. Hamilton
c/o Robert J. Beles
1 Kaiser Plaza
Suite 2300
Oakland, Ca. 94612

Your Honor,

With this letter I hope to shed some light on Alexander Gonzalez as I know him. I have known Alex for more than four years now. He has spent many hours within my house and is the brother my daughter's boyfriend. I know Alex as an extremely courteous individual who has a very gentle and pleasant nature. Never have I seen or heard an offensive gesture, heard an offensive comment or otherwise any behavior that is not proper and respectful, a witness to his having being raised in a very socially conscious, wonderful family. Knowing his entire family has been a pleasure.

I can only know in my heart that Alex's being in this situation is due to a very careless error on his part, one that had he put more mature thought into, he would certainly not have made. Alex is a very determined in his promising future, and I can only believe that with his impeccable upright character, he somehow has made a mistake that came from what is often a careless slip as youthful poor judgment.

I have no doubt that this mistake does not truly represent who Alex is. I know that he will be learning through this and will continue towards his path to success. I hope that this mistake does not overshadow what has been a very successful and loving life. Thank you.

Sincerely,

*Teresa Moran*

Teresa Moran

Friday November 15, 2013

To Whom It May Concern:

I have known Yris Gonzalez, her two sons (Chris and Alex) and her daughter Claudia for several years.

Yris's two sons have always worked while they are attending College. And they are very well aware of their responsibilities to their Mother as well as to society in general. They are polite and always willing to lend a hand to others.

The three young adult children of Yris do not drink, smoke or use any type of drugs, and are willing to work along side of their Mother doing odd jobs for those that need a little extra help.

Yris is a good Mother and Grandmother who has worked very hard over the years to provide a good home for her children and to instill honesty, compassion and good character by setting a good example for them.

Thank you in advance for taking the time to read this.

Sincerely,

Rosemarie Hilinski
*Rosemarie Hilinski*
174 Robin Drive

West Deptford, N.J. 08066   ------856-224-1804